

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00135-CV

IN RE JESSICA MARIE HARRISON                                    RELATOR

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

We have considered "Relator's Agreed Motion To Dismiss Mandamus." It is the court's opinion that the motion should be granted; therefore, we dismiss relator's petition for writ of mandamus.

PER CURIAM

PANEL: LIVINGSTON, C.J.; MEIER and GABRIEL, JJ.

DELIVERED: October 17, 2013

---

[1]*See* Tex. R. App. P. 47.4.